**MARRON LAWYERS, APC**
Paul B. Arenas (SBN 167863)
parenas@marronlaw.com
3711 Long Beach Blvd., Suite 601
Long Beach, CA 90807
(562) 432-7422 Telephone
(562) 683-2721 Facsimile

Attorneys for Plaintiff,
De Well Container Shipping, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DE WELL CONTAINER SHIPPING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OC-LINES (CHINA) LOGISTICS LTD., <br><br> Defendant. | CASE NO.: 2:19-cv-7436 <br><br> **COMPLAINT** |

De Well Container Shipping, Inc. ("De Well" or "Plaintiff"), by and through its undersigned attorneys alleges in its Complaint against OC-Lines (China) Logistics Ltd. ("OC Lines") as follows:

## **PARTIES**

1. De Well is a California corporation with its principal place of business at 5553 Bandini Blvd, Bell, CA 90201.

2. De Well is a licensed non-vessel-operating common carrier ("NVOCC") that provides transportation and logistics services for entities shipping cargo.

3. OC Lines is a foreign registered NVOCC. OC Lines is a Chinese Company with its principal place of business at Room 2502-2504, No. 1688 North

Sichuan Road, Hongkou District, Shanghai, China.

## JURISDICTION AND VENUE

4. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

5. This Court has subject matter jurisdiction over the case under Title 28 U.S.C. § 1333.

6. This Court also has jurisdiction pursuant to Title 28 U.S.C. § 1332 as there is complete diversity between the parties. The matter in controversy exceeds $75,000.

7. Personal jurisdiction and venue are proper in this court because the bills of lading under which the cargo at issue moved have contractual provisions that all disputes related to the bills of lading may only be instituted in the United States District Court for the Central District of California, which shall have exclusive jurisdiction and venue over such disputes.

8. The bills of lading terms and condition further provides that De Well and the Defendant are personally subject to the jurisdiction of this Court.

## FACTS

9. De Well provided ocean transportation and logistics services for OC Lines on numerous shipments from 2017 and of 2018.

## DE WELL BILLS OF LADING

10. The goods at issue moved under De Well bills of lading.

11. OC Lines was identified as the Shipper on the De Well bills of lading under which the cargo moved.

12. The Terms and Conditions of De Well's bills of lading provide, inter alia, that the Shipper, and its principals, are liable for the payment of all freight and charges associated with the shipments. See Combined Transport Bill of Lading Terms and Conditions at ¶ 16.4, attached as Exhibit A.

13. The Terms and Conditions of De Well's bills of lading provide that

interest accrues at the rate of 1 ½% per month from the date when freight and related charges are due. Id. at ¶ 16.2.

14. The Shipper is also responsible for all demurrage, detention or similar charges. Id. at ¶ 16.3.

15. The Shipper and its principals are liable to De Well for the expenses of collection and litigation, including reasonable attorneys' fees in seeking to collect amounts due. Id. at ¶ 16.4.

16. De Well fully performed its obligations under the contracts at issue.

17. De Well submitted invoices for its services in the ordinary course of business to OC Lines.

18. OC Lines has failed to pay such invoices. The amount of the unpaid transportation and logistics services is in the amount of $228,177.190 in principal. The interest currently owed is $71,933.89 as of August 22, 2019, which amount continues to accrue.

## **BREACH OF BILL OF LADING CONTRACT**

19. De Well incorporates paragraphs 1 through 18 above as if fully set forth herein.

20. OC Lines is contractually obligated to pay for transportation and logistics services provided by De Well.

21. De Well has fully performed pursuant to the bill of lading contracts at issue.

22. OC Lines owes De Well $$228,177.190 in principal and $71,933.89 in interest, which amounts continues to accrue.

23. Despite demand having been made, OC Lines has failed to pay the amounts due and owing to De Well.

///

///

///

**WHEREFORE**, De Well seeks:

A. $228,177.190 in principal and $71,933.89 in interest, which interest continues to accrue at the rate of 1½% per month, from OC Lines.

B. Reasonable attorneys' fees and costs of collection incurred by De Well from OC Lines pursuant to the bill of lading contracts; and

C. Such other relief as this Court deems just and proper.

Respectfully submitted,

Dated: August 27, 2019　　　　MARRON LAWYERS, APC

By: /s/Paul B. Arenas
　　Paul B. Arenas
　　Attorneys for Plaintiff De Well Container Shipping, Inc.